# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACE ANALYTICAL LIFE SCIENCES, LLC, <br><br>    Motion to Quash Movant, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA), INC., ZYDUS LIFESCIENCES LIMITED, LUPIN LIMITED, AND LUPIN PHARMACEUTICALS, INC. <br><br>    Motion to Quash Respondents. | Misc. C.A. No. _____ |

## NON-PARTY PACE ANALYTICAL LIFE SCIENCES, LLC'S MOTION TO QUASH DEPOSITION SUBPOENA

Non-party Pace Analytical Life Sciences, LLC ("Pace") hereby moves for an order quashing the deposition subpoena issue by Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Limited, Lupin Limited, and Lupin Pharmaceuticals, Inc. ("Defendants") in connection with *Astellas Pharma Inc., et al., v. Sandoz Inc., et al.*, C.A. No. 20-01589-JFB-EGT (Cons.).  Support for this Motion is set forth in the Brief in Support filed herewith.

1

| | |
|---|---|
| Dated: April 22, 2025 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| Simon D. Roberts | Alexandra M. Joyce (#6423) |
| Jason A. Leonard | Renaissance Centre |
| Jayita Guhaniyogi | 405 N. King Street, 8th Floor |
| Vincent Li | Wilmington, Delaware 19801 |
| MCDERMOTT WILL & EMERY | (302) 984-6300 |
| One Vanderbilt Avenue | dsilver@mccarter.com |
| New York, NY 10017-3852 | ajoyce@mccarter.com |
| (212) 547-5400 | |
| simonroberts@mwe.com | *Attorneys for Non-Party* |
| jleonard@mwe.com | *Pace Analytical Life Sciences, LLC* |
| jguhaniyogi@mwe.com | |
| vli@mwe.com | |
| | |
| Samoneh Schickel | |
| MCDERMOTT WILL & EMERY | |
| 300 Colorado Street, Suite 2200 | |
| Austin, TX 78701 | |
| (512) 726-2600 | |
| sschickel@mwe.com | |